IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELISSA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:09-CV-553-WKW |
| v. | ) |
| | ) |
| COVINGTON CREDIT OF GEORGIA, | ) |
| *et al.*, | ) |

## **ORDER**

Before the court is a Joint Stipulation of Dismissal with Prejudice (Doc. # 28), filed by Plaintiff and Defendant Covington Credit of Georgia ("Covington"), which is construed as a motion for the court's dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.[1]  Upon consideration of the motion (Doc. # 28), it is ORDERED that the motion is GRANTED and that Plaintiff's claims against Covington are DISMISSED with prejudice, with Plaintiff and Covington to bear her and its own costs.

There being no remaining claims, the Clerk of the Court is DIRECTED to close this case.

DONE this 16th day of November, 2009.

                                               /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE

---

[1] A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Rule 41(a)(1) does not apply.  Fed. R. Civ. P. 41(a)(2).  Rule 41(a)(1) allows for dismissal without a court order: (i) before an opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared. Covington has filed an answer (Doc. # 22), and not all of the parties who have appeared in this action have signed the stipulation of dismissal.  Dismissal, thus, must be by motion.  Fed. R. Civ. P. 41(a)(2).